# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

MOHAMMED SAUD KHAN,

    Plaintiff,

v.   Case No: 6:23-cv-702-RBD-LHP

FIELD OFFICE DIRECTOR, WEST
PALM BEACH FIELD OFFICE, U.S.
CITIZENSHIP AND
IMMIGRATION SERVICES,

    Defendant.

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal (Doc. 8), filed June 28, 2023. No answer has been filed. Accordingly, it is **ORDERED AND ADJUDGED** that this case is hereby **DISMISSED WITHOUT PREJUDICE**. The Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on June 29, 2023.



ROY B. DALTON JR.
United States District Judge